PER CURIAM.
We withdraw our original opinion issued November 13, 2001, and substitute this opinion therefor.
We construe appellant’s direct appeal as a petition for writ of habeas corpus. Fla. R.App. P. 9.040(c). We grant the petition and order the release of A.M. See L.S. v. Dep’t of Juvenile Justice, 779 So.2d 633 (Fla. 1st DCA 2001); J.P. v. State, 790 So.2d 1265 (Fla. 1st DCA 2001); K.G. v. State, 759 So.2d 752 (Fla. 4th DCA 2000) (on reh’g).
PETITION GRANTED.
ERVIN, BARFIELD and BENTON, JJ., CONCUR.